### HUNT v. STATE.
#### No. 25746.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception.

The complaint and information appear regular on their face; and nothing being presented for review, the judgment of the trial court is affirmed.